No. 03–1363. KATZ v. MAX MANAGEMENT CORP. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 03–1364. GERMAN v. THERM-O-DISC, INC., ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 03–1366. GALLO v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 03–1370. TOWN OF NORWOOD, MASSACHUSETTS, ET AL. v. NEW ENGLAND POWER CO. App. Ct. Mass. Certiorari denied.

No. 03–1372. DALLAS GLEN HILLS, LP v. CORFIELD ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1374. PONCA TRIBE OF NEBRASKA ET AL. v. SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–1376. SANYO NORTH AMERICA CORP. ET AL. v. HARRIS CORP. C. A. Fed. Cir. Certiorari denied.

No. 03–1383. GANESAN v. VALLABHANENI ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1394. EGBUNE v. COLORADO. Dist. Ct. Colo., Arapahoe County. Certiorari denied.

No. 03–1408. BURTON v. MOTTOLESE, FORMER JUDGE OF THE SUPERIOR COURT OF CONNECTICUT, FAIRFIELD JUDICIAL DISTRICT. Sup. Ct. Conn. Certiorari denied.

No. 03–1409. BURKHARDT v. OKLAHOMA EX REL. DEPARTMENT OF REHABILITATION SERVICES ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 03–1416. RUNNINGEN v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 03–1432. ROSS v. SANTA BARBARA NEWS-PRESS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.